LANG, HANIGAN & CARVALHO, LLP
Arthur Carvalho, Jr. (State Bar No. 125370)
Timothy R. Hanigan (State Bar No. 125791)
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644

Attorneys for Plaintiffs
808 Holdings, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| 808 HOLDINGS, LLC, a limited liability corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COLLECTIVE OF DECEMBER 29, 2011 SHARING HASH E37917C8EEB4585E6421358FF32F29CD63 C23C91, and DOES 1 through 83, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:12-CV-00186-MMA-RBB<br><br>**NOTICE OF PLAINTIFF'S RULE 72(a) OBJECTIONS TO THE MAGISTRATE JUDGE'S AMENDED ORDER ON MOTION FOR LEAVE TO TAKE EARLY DISCOVERY [ECF No. 8]**<br><br>[FILED CONCURRENTLY WITH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S RULE 72(a) OBJECTIONS TO THE MAGISTRATE JUDGE'S AMENDED ORDER ON MOTION FOR LEAVE TO TAKE EARLY DISCOVERY [ECF No. 8]; AND EXHIBITS 1-5] |

[/]

1     Plaintiff 808 Holdings, LLC ("Plaintiff") gives notice that it hereby objects to the Magistrate Judge's Amended Order regarding Plaintiff's Motion for Leave to Take Early Discovery. [ECF No. 8] The grounds for Plaintiff's objections are set forth in the concurrently filed Memorandum of Points and Authorities in Support of Plaintiff's Rule 72(a) Objections to the Magistrate Judge's Amended Order regarding Plaintiff's Motion for Leave to Take Early Discovery.

DATED: May 17, 2012        LANG, HANIGAN & CARVALHO, LLP.


By <u>s/ Arthur Carvalho, Jr.</u>
    Attorneys for Plaintiff 808 Holdings, LLC.
    acarvalho@lhcllp.com